**People of the State of Illinois, Plaintiff-Appellee, v. Horace Nix, Defendant-Appellant.**

Gen. No. 51,952.

First District, Second Division.

September 9, 1969.

Gerald
W. Getty, Public Defender of Cook County, of Chicago (Morton
Zwick, Marshall J. Hartman, and James J. Doherty, Assistant
Public Defenders, of counsel), for appellant; Edward V. Hanrahan,
State's Attorney of Cook County, of Chicago (Elmer C. Kissane
and John R. McClory, Assistant State's Attorneys, of counsel),
for appellee. Opinion by JUSTICE BURKE. Not to be published
in full.